UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**04CR 1 0 2 2 5 WGY**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO.: |
| v. ) | |
| ) | VIOLATIONS: |
| SUSAN BROWN, ) | |
| a/k/a "Susan Davis," ) | - 18 U.S.C. § 1028(a)(3) - |
| a/k/a "Susan Hunter," ) | Possession of Five or More |
| ) | False Identification Documents |
| Defendant. ) | with Intent to Transfer |
| ) | |
| ) | - 18 U.S.C. § 2 - |
| ) | Aiding and Abetting |

INFORMATION

<u>Count One:</u>   (Title 18, United States Code, Section 1028(a)(3) - Possession of Five or More False Identification Documents with Intent to Transfer; 18 U.S.C. § 2 - Aiding and Abetting)

The United States Attorney charges that:

On or about April 8, 2003, in the District of Massachusetts,

SUSAN BROWN,
a/k/a "Susan Davis,"
a/k/a "Susan Hunter,"

defendant herein, did knowingly possess with intent to transfer unlawfully five or more false identification documents that appeared to be issued by and under the authority of the United States, to wit: approximately six counterfeit Social Security Account Number cards.

All in violation of Title 18, United States Code, Sections 1028(a)(3) and 2.

<u>Count Two:</u>   (Title 18, United States Code, Section 1028(a)(3) - Possession of Five or More False Identification Documents with Intent to Transfer; 18 U.S.C. § 2 - Aiding and Abetting)

The United States Attorney further charges that:

On or about April 8, 2003, in the District of Massachusetts,

**SUSAN BROWN,**
   a/k/a "Susan Davis,"
   a/k/a "Susan Hunter,"

defendant herein, did knowingly possess with intent to transfer unlawfully five or more false identification documents that had been transported in the mails and in and affecting interstate commerce, to wit: approximately 27 counterfeit New York birth certificates.

All in violation of Title 18, United States Code, Sections 1028(a)(3) and 2.

                                    MICHAEL J. SULLIVAN
                                    UNITED STATES ATTORNEY

                              By:   _____
                                    JOHN J. FARLEY
                                    Assistant U.S. Attorney

2