UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) No. 04CR10225WGY |
|  | ) |
| SUSAN BROWN, | ) |
|     a/k/a "Susan Davis," | ) |
|     a/k/a "Susan Hunter," | ) |
|         Defendant. | ) |

### NOTICE OF CHANGE OF ADDRESS

Now comes Martin K. Leppo, Esquire with law offices formerly located at 15 South Main Street, Randolph, MA 02368 and hereby gives notice of his change of address as of October 8, 2004 to:

**7 Christy's Drive**
**Suite 1**
**Brockton, MA 02301**

**Phone: (508) 580-3733**
**Fax: (508) 580-4841**

                                      Respectfully submitted,
                                      Susan Davis Brown,
                                      Defendant,
                                      By her attorney,

                                      /s/ Martin K. Leppo
                                      Martin K. Leppo
                                      BBO#: 294480
                                      Leppo & Leppo
                                      7 Christy's Drive
                                      Suite 1
                                      Brockton, MA 02301
Dated: September 29, 2004         (508) 580-3733

## CERTIFICATE OF SERVICE

I, Martin K. Leppo, certify that on this 29th day of September, 2004, a true copy of the foregoing Notice of Change of Address has been served, by first class mail, postage prepaid, upon the following:

Stephen G. Huggard
Assistant United States Attorney
U.S. Attorney's Office
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

_____
Martin K. Leppo