Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal Number: |
| SUSAN BROWN, ) | 04 CR 10225 WGY |
|     aka "Susan Davis," ) | |
|     aka "Susan Hunter" ) | |
| ) | |
|     Defendant. ) | |

## WAIVER OF INDICTMENT

I, SUSAN BROWN, aka "Susan Davis," aka "Susan Hunter," the above-named defendant, who is accused of Possession of Five or More False Identification Documents with Intent to Transfer, in violation of 18 U.S.C. §§1028(a)(3) and 2, being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on ___November 1, 2004___

*(Date)*

prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
                Judicial Officer