UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.:04-10225-WGY |
| | ) |
| v. | ) |
| | ) |
| SUSAN BROWN | ) |

NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully gives notice for the withdrawal of the undersigned co-counsel for the government.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/John J. Farley
JOHN J. FARLEY
Assistant U.S. Attorney