```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    ) CRIMINAL NO.: 04-10225-WGY
                            )
     v.                     )
                            )
SUSAN BROWN                 )
```

                    NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully gives notice for the appearance of the undersigned co-counsel for the government TO BE NOTICED ELECTRONICALLY REGARDING ALL FILINGS.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  /s/ Paul G. Levenson
                         PAUL G. LEVENSON
                         Assistant U.S. Attorney
```