UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>     v.                                            )<br>                                                   )<br>SUSAN BROWN, aka "SUSAN    )<br>DAVIS," aka "SUSAN HUNTER," )<br>                                                   )<br>         Defendant.                         ) | CRIMINAL NO. 04 CR 10225 WGY |

## UNITED STATES MOTION FOR DOWNWARD DEPARTURE

Pursuant to U.S.S.G. §5K1.1, and in accordance with the parties' plea agreement, the United States, by its undersigned counsel, hereby moves for a downward departure.

As grounds for this motion, the United States states that the defendant has provided substantial assistance in the investigation and prosecution of another person who has committed an offense.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

dated: January 28, 2005

By: /s/ Paul G. Levenson
PAUL G. LEVENSON
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147

### CERTIFICATE OF SERVICE

I hereby certify that on this day I will cause a true copy of the above document to be served by First Class Mail upon counsel of record for defendant, addressed as follows:

Martin K. Leppo, Esq.
7 Christy's Drive, Suite 1
Brockton, MA 02301

Dated: January 28, 2005            /s/ Paul G. Levenson
                                                  PAUL G. LEVENSON