1

```
 1          THE COURT:  Ms. Susan Brown, in consideration of

 2     the offenses of which you stand convicted, the information

 3     from the United States Attorney, your attorney, the

 4     probation officer and yourself, this Court places you on a

 5     period of probation for four years.  The Court does impose,

 6     the first ten months of that probation will be spent in home

 7     confinement.  You may leave your home to work.  You may

 8     leave your home for any medical reason to care for yourself

 9     or any member of your family, including your husband and

10     your children.  It will not be necessary for you to be on

11     electronic monitor but you must follow the Court's

12     instructions.

13          You may likewise leave the home to shop for any

14     necessaries for the home, food, clothing, other materials to

15     keep up the home.  You may likewise leave the home for any

16     religious observances either of yourself or any member of

17     your family.  But that's it.  Other than that, you're to be

18     in that house for ten months.

19          There's a $4,000 fine.  Now, I do not in any way

20     impugn Mr. Leppo's representations on your behalf.  At the

21     same time, I've read this with care and I'm not clear on

22     your ability to pay a fine.  You can't be fined something

23     you can't pay.  I've imposed that fine which will be paid in

24     accordance with a Court ordered repayment schedule.

25          Here are the special conditions of your probation.
```

2

```
1     You're prohibited from possessing a firearm or other

2     dangerous weapon.  You shall submit to the collection of a

3     DNA sample as directed by the probation officer.  You'll pay

4     the balance of the fine according to the repayment schedule.

5     You're prohibited from incurring new credit charges without

6     the approval of the probation officer.  You're to provide

7     the probation office access to requested financial

8     information.  You are -- and the probation office may share

9     the information provided with the Financial Litigation Unit

10    of the United States Attorney's office.

11          You're to meet with the Internal Revenue Service

12    within the first 90 days of your period of probation in

13    order to determine any prior tax liability, to file returns,

14    and pay future taxes due.  You'll use your true name and

15    you're prohibited from the use of any aliases, false dates

16    of birth, or other false identity data.  You shall complete

17    the United States probation's victim impact program.

18          There will be a $200 special assessment as required

19    by the law.

20          Let me explain this sentence.  And hear me now.

21    What you did was criminal.  It was also stupid.  But it was

22    a criminal offense.  And it's an offense not without harm.

23    It's not that, well, who really cares about these papers and

24    the government is too intrusive anyway.  The reason these

25    identifying documents are required is for the protection and
```

1    security of all the people in the United States.  All of us

2    equally.  What you did is a crime.

3          Now, it's very good -- it's very easy to say that

4    you can't go to prison because of your children.  I've been

5    privileged to serve twenty years on this bench.  This is the

6    first time I've ever heard an Assistant United States

7    Attorney stand up and say, in this case she really can't go

8    to prison because of her children and husband.  Don't think

9    that's an excuse.  That's not the way the law works.

10          Now, I've made this probation as workable as

11   possible for any proper reason.  Well, I've spelled out the

12   reasons.  So I'm not changing them now.  But I've listed all

13   those reasons that I can think are proper for you being out

14   of that house.  And those are the only reasons for you to be

15   out of that house.  This is an order of home confinement.

16   Don't mess it up.  Because I take what you did as criminal

17   and have sentenced you accordingly.

18          You are advised that you have the right to appeal

19   from any findings or rulings the Court has made against you,

20   and should you appeal and should your appeal be successful

21   in whole or in part, you will be resentenced before another

22   judge.

23          That's the sentence of the Court.

24          Yes, Mr. Leppo?

25          MR. LEPPO:  Your Honor, may Mrs. Brown have until

4

1    the middle of next week to pay that special assessment?

2            THE COURT:  I see no reason -- you don't object to

3    that, Mr. Levenson?

4            MR. LEVENSON:  No, your Honor.

5            THE COURT:  Yes, she may.  The middle of next week

6    will be next, a week from Wednesday.

7            MR. LEPPO:  Thank you.

8            THE COURT:  That's the time.

9            All right.  We'll recess.  I see Mr. Egbert here

10   and I would like to speak to him a moment about the

11   Massachusetts Bar Association.

12           THE CLERK:  All rise.

13           (Whereupon the matter concluded.)

14

15

16

17

18

19

20

21

22

23

24

25